# Exhibit 2

| US11083142 | Growcer (Freight Farms) The Greenery-S ("The accused product") |
|---|---|
| 1. A method for producing and harvesting a crop in a daylight-free environment comprising: | The accused product practices a method for producing and harvesting a crop in a daylight-free environment (e.g., environment inside a shipping container).<br><br>As shown below, the accused product is a farm built inside a shipping container. Crops are grown within the shipping container, where natural daylight (sunlight) does not reach.<br><br><br><br>https://www.freightfarms.com/greenery-s |



producing and harvesting a crop in a daylight-free environment

https://www.freightfarms.com/greenery-s



harvesting

https://www.freightfarms.com/greenery-s



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://www.freightfarms.com/3d-tour-download?submissionGuid=685ef222-2f8e-459b-968c-3fd19a22bf3a

| | |
|---|---|
| growing the crop in a culture substrate in a multi-layer daylight-free cultivation system having a number of cultivation shelves above one another, | The accused product practices growing the crop in a culture substrate (e.g., grow plug) in a multi-layer daylight-free cultivation system (e.g., nursery station) having a number of cultivation shelves (e.g., shelves of the nursery station) above one another.<br><br>As shown below, the accused product is a farm inside a shipping container where sunlight (daylight) does not reach. It uses a nursery station (cultivation system) in which sunlight (daylight) does not reach for growing crops. The crops are grown using grow plugs, which serve as the culture substrate. The nursery station (cultivation system) further comprises shelves on which trays holding the grow plugs are placed, stacked on top of each other.<br><br><br><br>https://www.freightfarms.com/blog/hydroponic-farming-in-the-greenery |



https://www.freightfarms.com/blog/hydroponic-farming-in-the-greenery

https://www.freightfarms.com/3d-tour-download?submissionGuid=685ef222-

2f8e-459b-968c-3fd19a22bf3a



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://www.youtube.com/watch?v=RqafJxT3pG0



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://www.freightfarms.com/3d-tour-download?submissionGuid=685ef222-2f8e-459b-968c-3fd19a22bf3a

| controlling, in each of said cultivation shelves, a photosynthesis of the crop by controlling a light spectrum supplied to the crop from light emitting diodes, | The accused product practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery station), a photosynthesis of the crop by controlling a light spectrum (e.g., light colors) supplied to the crop from light emitting diodes (e.g., LEDs of the accused product).<br><br>As shown below, the accused product has a Dynamic lighting system which controls the intensity and spectrum of light provided to crops on each shelf of the nursery station, thereby controlling photosynthesis of the crop. The Dynamic lighting system adjusts the spectrum using red and blue LEDs based on the needs of the crop. |
| --- | --- |



controlling a light spectrum supplied to the crop from light emitting diodes

https://www.freightfarms.com/greenery-s

## Core Systems of Container Farming

Freight Farms' Greenery™ integrated several advanced systems to create an optimal growing environment:

1. **Hydroponics:** Plants are grown in a nutrient-rich, water-based system that recirculates water, reducing waste and maximizing resource efficiency.

2. **LED Lighting:** Adjustable LED lights simulate natural sunlight, providing plants with the ideal light spectrum for growth.

3. **Climate Control:** Advanced sensors regulate temperature, humidity, and $CO_2$ levels, ensuring stable conditions year-round.

4. **Automation and Sensors:** Integrated automation monitors and adjusts farm conditions in real-time, reducing manual labor and optimizing farm performance.

**See the Greenery in action!** Take a 3D tour to explore the full layout and technology that powers Freight Farms' container farming system.

https://www.freightfarms.com/blog/container-farming-technology



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

| controlling, in each of said cultivation shelves, a root temperature of a root system of the crop at a desired value, | The accused product practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery station), a root temperature of a root system of the crop at a desired value. |
| --- | --- |
| | As shown below, the accused product has an advanced climate control system which automatically controls air temperature, water temperature, humidity, $CO_2$ concentrations, and airflow for ideal growing conditions. Since the crops are grown in grow plugs serving as the culture substrate, the temperature-controlled water is in direct contact with the root system of the crops on each shelf, thereby controlling the root temperature of the crop to a desired value. |

### Climate-controlled Agriculture

The farm maintains a crisp 70°F year-round, allowing plants can flourish in traditionally inhospitable environments, such as deserts, high-altitudes, and city centers. In addition to air temperature, the Greenery automatically controls water temperature, humidity, CO2 concentrations, airflow, and more with Freight Farms sensor-enabled farmhand® app.

https://www.freightfarms.com/greenery-booklet

Advanced Climate Control: Precision for Optimal Growth

One of the key features of the Greenery S is its **advanced climate control system**. This system manages temperature, humidity, CO2, and airflow with precision, ensuring consistent growing conditions. Equipped with a powerful 36,000 BTU HVAC unit, dehumidifiers, and ducted fans, the system guarantees ideal conditions in any climate—from harsh winters to scorching summers—allowing crops to flourish no matter where the farm is located.

Automation and Sensors: Streamlining Farm Operations

The Greenery uses automation and sensors to monitor environmental conditions like temperature, humidity, and nutrient levels. Powered by Farmhand® software, the system gathers data from sensors and makes automatic adjustments as needed, reducing the need for manual oversight. This ensures key functions like irrigation and lighting stay optimized, while giving farmers the ability to monitor and control their farm remotely.

https://www.freightfarms.com/blog/container-farming-technology

**RECIRCULATION PANEL & SENSORS**

Sensors in the Dosing Cabinet constantly relay pH, EC (nutrient concentration), and temperature readings in the Nursery and Cultivation tanks to farmhand®. If any sensor readings deviate from the optimal set-point, the software activates peristaltic pumps in the Recirculation Panels, which dispense the nutrient or pH solution needed to rebalance levels.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

**OVERHEAD & ON-PANEL FANS**

Overhead fans push the cool air to the back of the farm, creating air circulation to stabilize the temperature at a pre-set point. In-row ducted fans create equal airflow throughout the entire Cultivation Area to prevent air stagnation.

Air Intake/Ventilation: **240 CFM**

Ducted Fan Ventilation: **473 CFM**

Air Exchange Rate: **<5 min full atmospheric recycle**

Ducted Fan Diameter: **8 inches**

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

**PRODUCE TOP QUALITY PLANTS**

With no exposure to sudden temperature changes and protection from pests and plant disease, operators can produce high-quality crops with great flavor and no aesthetic flaws.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

| | |
|---|---|
| | **Factors Affecting Root Zone Temperature**<br><br>Several factors can impact the root zone temperature in hydroponic systems. These include ambient temperature, water temperature, air circulation, and insulation. It's important to monitor and control these factors to maintain the ideal root zone temperature range for different crops.<br><br>https://kryzen.com/optimizing-root-zone-temperature-for-hydroponic-crops/ |
| controlling, in each of said cultivation shelves, carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature | The accused product practices controlling, in each of said cultivation shelves (e.g., shelves of the nursery station), carbon dioxide assimilation of a leaf system of the crop by controlling a leaf temperature difference of the leaves compared to ambient temperature.<br><br>As shown below, the accused product has a Dynamic lighting system which controls the intensity and spectrum of light provided to crops on each shelf of the nursery station using red and blue LEDs. It also has an advanced climate control system which automatically controls air temperature, humidity, and airflow across all shelves. Light intensity, ambient air temperature, and airflow are established environmental factors that directly influence leaf temperature. By controlling these parameters, the two systems together control the leaf temperature difference of the leaves compared to ambient temperature on each shelf, thereby controlling carbon dioxide assimilation of the leaf system of the crop. |



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

## Climate-controlled Agriculture

The farm maintains a crisp 70ºF year-round, allowing plants can flourish in traditionally inhospitable environments, such as deserts, high-altitudes, and city centers. In addition to air temperature, the Greenery automatically controls water temperature, humidity, CO2 concentrations, airflow, and more with Freight Farms sensor-enabled farmhand® app.

https://www.freightfarms.com/greenery-booklet

### Advanced Climate Control: Precision for Optimal Growth

One of the key features of the Greenery S is its **advanced climate control system**. This system manages temperature, humidity, $CO_2$, and airflow with precision, ensuring consistent growing conditions. Equipped with a powerful 36,000 BTU HVAC unit, dehumidifiers, and ducted fans, the system guarantees ideal conditions in any climate—from harsh winters to scorching summers—allowing crops to flourish no matter where the farm is located.

### Automation and Sensors: Streamlining Farm Operations

The Greenery uses automation and sensors to monitor environmental conditions like temperature, humidity, and nutrient levels. Powered by Farmhand® software, the system gathers data from sensors and makes automatic adjustments as needed, reducing the need for manual oversight. This ensures key functions like irrigation and lighting stay optimized, while giving farmers the ability to monitor and control their farm remotely.

https://www.freightfarms.com/blog/container-farming-technology

## RECIRCULATION PANEL & SENSORS

Sensors in the Dosing Cabinet constantly relay pH, EC (nutrient concentration), and temperature readings in the Nursery and Cultivation tanks to farmhand®. If any sensor readings deviate from the optimal set-point, the software activates peristaltic pumps in the Recirculation Panels, which dispense the nutrient or pH solution needed to rebalance levels.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

**OVERHEAD & ON-PANEL FANS**

Overhead fans push the cool air to the back of the farm, creating air circulation to stabilize the temperature at a pre-set point. In-row ducted fans create equal airflow throughout the entire Cultivation Area to prevent air stagnation.

Air Intake/Ventilation: **240 CFM**    Ducted Fan Ventilation: **473 CFM**

Air Exchange Rate: **<5 min full atmospheric recycle**    Ducted Fan Diameter: **8 inches**

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

**PRODUCE TOP QUALITY PLANTS**

With no exposure to sudden temperature changes and protection from pests and plant disease, operators can produce high-quality crops with great flavor and no aesthetic flaws.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

| | |
|---|---|
| | **9.4.2.2 Temperature**<br><br>Air temperature is generally used as the temperature when discussing the influence of temperature on plant photosynthesis or respiration. However, plant body temperature (or leaf temperature) has a direct effect on the biochemical reactions necessary for plant physiology. For example, the leaf temperature at which the maximum net photosynthetic rate is reached falls in the range of 20–30°C. Leaf temperature increases due to the increase in radiant energy absorbed by the leaves and decreases due to the increase in sensible and latent heat energy transported from the leaves to the air. Therefore, environmental factors (light intensity, temperature, humidity, airflow velocity, etc.) associated with this energy balance influence leaf temperature and eventually influence photosynthesis and growth.<br><br>https://www.sciencedirect.com/topics/engineering/leaf-temperature |
| wherein, in each of said cultivation shelves, the control of photosynthesis by controlling the light spectrum, the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted:<br>to one another, | The accused product practices controlling, wherein, in each of said cultivation shelves (e.g., shelves of the nursery station), the control of photosynthesis by controlling the light spectrum (e.g., light colors), the control of the root temperature, and the control of the carbon dioxide assimilation by controlling a leaf temperature difference of the leaves compared to ambient temperature are adapted: to one another.<br><br>As shown below, the accused product controls photosynthesis (via the LED light spectrum), root temperature (via temperature-controlled water in contact with the root system), and carbon dioxide assimilation (via leaf temperature relative to ambient) together within a single sealed container environment through its Farmhand software. Using crop-specific recipes, the operator inputs the crop and Farmhand jointly configures these parameters for that crop, which is a plant-dependent setting of the growth factors. These factors are also physically interdependent: the light incident on the leaf affects leaf temperature, the air and root temperature affect transpiration and stomatal behavior, and stomatal opening governs both carbon dioxide uptake and evaporation. Because all three are controlled together in the same conditioned environment and set jointly for |

| | the crop, the control of photosynthesis, the control of root temperature, and the control of carbon dioxide assimilation by controlling a leaf temperature difference are adapted to one another in each cultivation shelf. |
| --- | --- |
| |  |
| | https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf |
| | **Key Features:** |
| | 1. Farm Automation |
| | Farmhand offers advanced farm automation, controlling the entire environment based on specific crop recipes. This includes automated adjustments to light, water, temperature, and humidity, ensuring optimal conditions for each crop without manual intervention. |
| | 2. Remote Monitoring and Control |
| | With farmhand, you can oversee your farm from anywhere in the world. The software provides real-time data on temperature, humidity, nutrient levels, and more. Adjust settings and make informed decisions to optimize crop growth without being physically present. |
| | https://www.freightfarms.com/blog/smart-farming-farmhand |

Advanced Climate Control: Precision for Optimal Growth

One of the key features of the Greenery S is its **advanced climate control system**. This system manages temperature, humidity, CO2, and airflow with precision, ensuring consistent growing conditions. Equipped with a powerful 36,000 BTU HVAC unit, dehumidifiers, and ducted fans, the system guarantees ideal conditions in any climate—from harsh winters to scorching summers—allowing crops to flourish no matter where the farm is located.

Automation and Sensors: Streamlining Farm Operations

The Greenery uses automation and sensors to monitor environmental conditions like temperature, humidity, and nutrient levels. Powered by Farmhand® software, the system gathers data from sensors and makes automatic adjustments as needed, reducing the need for manual oversight. This ensures key functions like irrigation and lighting stay optimized, while giving farmers the ability to monitor and control their farm remotely.

https://www.freightfarms.com/blog/container-farming-technology

**RECIRCULATION PANEL & SENSORS**

Sensors in the Dosing Cabinet constantly relay pH, EC (nutrient concentration), and temperature readings in the Nursery and Cultivation tanks to farmhand®. If any sensor readings deviate from the optimal set-point, the software activates peristaltic pumps in the Recirculation Panels, which dispense the nutrient or pH solution needed to rebalance levels.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

The Greenery can pack the equivalent of 3.5 acres worth of produce (13,000 plants) into a 320-square-foot space and it uses less than five gallons of water a day. That's 99.8 percent less water than a traditional soil-based farm, according to Friedman. Farmers can tailor fit the Greenery's growing conditions via its unique operating system to influence the flavor, color, texture, and size of crops. The company has standardized "recipes" that can be uploaded to an operating system that controls exact combinations of nutrient and CO2 levels, as well as light and water schedules. The operating system controls everything from the components and sensors to the climate and temperature, and then it continuously relays the information to a smartphone application called the Farmhand App that the farmer can also use to remotely run the farm.

https://modernfarmer.com/2019/12/freight-farms-takes-container-growing-to-the-next-level/

**Summary.** Leaf gas exchange of *Vigna unguiculata* was influenced by short-term (day-to-day) changes in soil temperature and the response depended upon the aerial environment. When aerial conditions were constant at 30° C leaf temperature, high air humidity and moderate quantum flux, $CO_2$ assimilation rate and leaf conductance increased with increases in soil temperature from 20 to 35° C, and this response was reversible. Decreases in $CO_2$ assimilation rate and leaf conductance were observed at root temperatures above 30° C when root temperatures were increased from 20° C to 40° C and when air humidity was decreased in steps during the day. In contrast, varying soil temperatures between 20 to 35° C had no influence on gas exchange when shoots were subjected to a wide range of temperatures during each day.

The gain ratio $\partial A/\partial E$ remained constant at different air humi-

in arid and semi-arid habitats. Virtually no studies are known to the authors which investigate short-term effects of high soil temperatures on gas exchange processes at the leaf level. Therefore, the present study was conducted to elucidate this aspect of plant existence in semi-arid environments. *Vigna unguiculata* was studied since it is subjected to high soil temperatures in its natural habitats. Experiments on short-term effects of soil temperature are also relevant to the interpretation of experiments in controlled environments, where pot and shoot temperatures are frequently similar and altered at the same time.

to one another

Cowpeas (*Vigna unguiculata* L. Walp. cv California Blackeye No. 5) were grown in a walk-in growth chamber (Weiss Klima-

https://d1wqtxts1xzle7.cloudfront.net/40003224/Effects_of_day-to-day_changes_in_root_te20151114-26039-o79npt-libre.pdf

| | |
|---|---|
| | lowers photosynthesis. Three days of chilling (10 C) at 170 w·m$^{-2}$ reduces the photosynthetic capacity of youngest-mature *Paspalum* leaves only 30 to 40% while *Sorghum* leaves are essentially inoperative when returned to 25 C after the same stress. Root temperature has a substantial rapid effect on photosynthesis of soybean and little immediate effect on *Sorghum*. Photosynthesis of stress-intolerant species (*Sorghum*) is reduced only slightly more than that of semitolerant species (*Paspalum*) when temperatures are lowered at mid-photo-period, but to a far greater extent if temperatures are reduced at the commencement of a photoperiod.   **to one another**<br><br>https://academic.oup.com/plphys/article/47/5/713/6091634?login=false |
| forcing the crop into an intended carbon dioxide assimilation, and | The accused product practices forcing the crop into an intended carbon dioxide assimilation.<br><br>As shown below, the accused product's advanced climate control system manages CO2 concentration with precision. CO2 is carefully administered to the crops for absorption during active periods of photosynthesis, and the ventilation system ensures CO2 is diffused consistently across all shelves. By deliberately administering CO2 during active photosynthesis periods, the system intentionally drives and forces the crop into an intended carbon dioxide assimilation rate.<br><br>Advanced Climate Control: Precision for Optimal Growth<br><br>One of the key features of the Greenery S is its **advanced climate control system**. This system manages temperature, humidity, CO2, and airflow with precision, ensuring consistent growing conditions. Equipped with a powerful 36,000 BTU HVAC unit, dehumidifiers, and ducted fans, the system guarantees ideal conditions in any climate—from harsh winters to scorching summers—allowing crops to flourish no matter where the farm is located.<br>https://www.freightfarms.com/blog/container-farming-technology |

**INTEGRATED $CO_2$ REGULATOR**

$CO_2$ is carefully administered to plants for absorption during active periods of photosynthesis. The ventilation system ensures $CO_2$ is diffused consistently and safely within the container.

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

The Greenery S gives you the power to grow food in any climate, any time of year by creating and protecting the perfect growing environment inside the farm's four walls. We explain how our Adaptive Climate System automatically senses and adapts the farm's temperature, humidity, and CO2 levels to grow food 365 days a year.

https://www.freightfarms.com/blog/islands

<table>
<tr>
<td></td>
<td>The plant then uses ATP and CO2 from the surrounding environment to make glucose, a simple sugar molecule. As the plant absorbs more and more light, it builds complicated glucose chains into larger compounds of cellulose and starch. The largest molecules become plant cell walls, others are used during plant metabolic functions, and the rest provide humans and animals with important food energy.

From a plant biology standpoint, the entire process can be summarized as:

Light + 6H2O (water) + 6CO2 (carbon dioxide) → C6H12O6 (glucose) + 6O2 (oxygen)

There's a lot more to photosynthesis, but for our conversation about LEDs, this is a perfect summary. While photosynthesis originally evolved as a reaction to sunlight, the development of indoor farming has proven that indoor grow lights can be as, if not more, effective than the sun.

https://www.freightfarms.com/blog/indoor-grow-lights</td>
</tr>
<tr>
<td>controlling an evaporation of said crop via the leaf by regulating a correct amount of energy on the leaf.</td>
<td>The accused product practices controlling an evaporation of said crop via the leaf by regulating a correct amount of energy (e.g., Daily light integral, DLI) on the leaf.

As shown below, the accused product has a Dynamic lighting system which gives the operator full control over the amount of light energy delivered to the crops on each shelf using red and blue LEDs. The system regulates this energy by optimizing the intensity of the LED array, measured as Daily Light Integral (DLI), which accounts for both light intensity (PPFD) and duration of exposure. Through the Farmhand software, operators can dim or brighten the lights using preset power modes (Eco at 9 DLI, Standard at 12 DLI, and Performance at 18 DLI), thereby regulating the correct amount of energy delivered to the leaf. As established in plant science, the amount of light energy on the leaf surface directly controls the rate of evaporation from the leaf. By regulating the correct amount of light energy on the leaf via DLI control, the Dynamic lighting system thereby controls the evaporation of the crop via the leaf.</td>
</tr>
</table>



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf



regulating a correct amount of energy

https://466960.fs1.hubspotusercontent-na1.net/hubfs/466960/2021%20Greenery%20S/Freight%20Farms%20Greenery%20S%20Product%20Booklet_Oct2022.pdf

LED Lighting: Optimized Light for Growth

Freight Farms' Greenery features LED lighting systems designed to mimic natural sunlight. In the nursery, LEDs are calibrated for seedlings, while the cultivation area uses more intense lighting to promote mature plant development. The lighting system is fully adjustable, allowing for precise control over light intensity, ensuring that plants receive the right amount of light at each growth stage.

https://www.freightfarms.com/blog/container-farming-technology

# The Indirect Heating Effect of Solar Energy

Light also affects the transpiration rate through a physical, indirect mechanism: the conversion of solar energy into heat. Solar radiation that strikes the leaf surface is absorbed and converted to thermal energy, which raises the leaf's temperature. This increase in temperature affects the rate at which water evaporates from the moist cell walls inside the leaf's air spaces.

The warmer the leaf becomes, the higher the concentration of water vapor inside the leaf's intercellular spaces. This creates a steeper gradient between the high vapor concentration inside the leaf and the lower concentration in the surrounding atmosphere, a difference known as the vapor pressure deficit. This steep gradient accelerates the diffusion of water vapor out through the open stomata. Even with the stomata already open due to the direct light signal, the sun's thermal energy drives a faster rate of water loss by increasing the potential for evaporation.

https://scienceinsights.org/how-does-light-affect-the-rate-of-transpiration/

**Environmental factors that affect the rate of transpiration**

1. Light
Plants transpire more rapidly in the light than in the dark. This is largely because light stimulates the opening of the stomata (mechanism). Light also speeds up transpiration by warming the leaf.

**2. Temperature**
Plants transpire more rapidly at higher temperatures because water evaporates more rapidly as the temperature rises. At 30°C, a leaf may transpire three times as fast as it does at 20°C.

**3. Humidity**
The rate of diffusion of any substance increases as the difference in concentration of the substances in the two regions increases.When the surrounding air is dry, diffusion of water out of the leaf goes on more rapidly.

https://bio.libretexts.org/Bookshelves/Introductory_and_General_Biology/
Biology_(Kimball)/16:_The_Anatomy_and_Physiology_of_Plants/
16.02:_Plant_Physiology/16.2C:_Transpiration

Leaf stomata are the primary sites of transpiration and consist of two guard cells that form a small pore on the surfaces of leaves. The guard cells control the opening and closing of the stomata in response to various environmental stimuli and can regulate the rate of transpiration to reduce water loss. Darkness and internal water deficit tend to close stomata and decrease transpiration; illumination, ample water supply, and optimum temperature open stomata and increase transpiration. Many plants close their stomata under high temperature conditions to reduce evaporation or under high concentrations of carbon dioxide gas, when the plant likely has sufficient quantities for photosynthesis.

https://www.britannica.com/science/transpiration



**stoma with guard cells** Scanning electron micrograph of an open spinach stoma with two guard cells (green). There are two...(more)